# United States District Court

------------------------- DISTRICT OF KANSAS--------------------------

**PHILLIP MICHAEL ERAVI,**

        **Plaintiff,**

v.                                                                              Case No. 24-4042-DDC-RES

**CITY COMMISSION OF
LAWRENCE, KANSAS,
MEAGAN SHIPLEY,
AUSTIN TWITE,
GRANT FOSTER,
DAVID MCSHANE,**

        **Defendants.**

## JUDGMENT IN A CIVIL CASE

☐  Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒  Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

**Plaintiff shall take nothing and this action is dismissed consistent with the Memorandum and Order (Doc. 41) filed on March 26, 2025.**

   03/26/2025                                          SKYLER B. O'HARA
      Date                                               CLERK OF THE DISTRICT COURT

                                                            by:   s/ Megan Garrett
                                                                       Deputy Clerk