IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **PHILLIP MICHAEL ERAVI**<br>         PLAINTIFF,<br>V.<br>**CITY COMMISSION OF LAWRENCE,**<br>**KANSAS, ET AL.,**<br>         Defendants | 24-4042-DDC-RES |

**Plaintiff's Notice of Appeal**

The plaintiff, Phillip Michael Eravi, as named plaintiff appeals to the Tenth Circuit Court of Appeals from the final judgment entered on March 26, 2025, (ECF 41 and 42) in this matter, of which the appeal of that judgment is intended to bring up for review all of the previous rulings and orders that led up to and served as a predicate for that final judgment, and further appeal any and all other prior judgments, orders, and rulings entered in this action.  This notice is intended to include, as broadly as possible, all of the prior rulings referenced in ECF 41/42, as well as all other judgments, orders, and rulings, and to also include (but not to the exclusion of others) all of the interlocutory and preliminary rulings, orders, and judgments in the above captioned case.

By /s/ Linus L. Baker
Linus L. Baker KS 18197
6732 West 185th Terrace
Stilwell, KS  66085-8922
Telephone:   913.486.3913
Fax:               913.232.8734
E-Mail: linusbaker@prodigy.net
Attorney for the Plaintiff

CERTIFICATE OF SERVICE

On this  day 21st day of April, 2025, the above document was filed with the Court's CM-ECF system which will provide notice to all counsel of record.
/s/Linus L. Baker
Linus L. Baker